UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE RESOURCE CLUB, LTD.<br><br>Plaintiff,<br><br>v.<br><br>DESIGNER LICENSE HOLDING CO., LLC, 99 HOOK ROAD LLC,<br><br>Defendants. | Civil Action No. 10-412 (PGS)<br><br>ORDER |

A Report and Recommendation was filed on May 21, 2010 recommending that this Court grant Plaintiff's motion to transfer venue to the Southern District of New York and transferring 99 Hook's motion for remand so it can be decided by the Southern District of New York. The parties were given notice that they had until June 4, 2010 to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation <u>de novo</u>, and good cause appearing;

It is, on this 7th day of June, 2010,

**ORDERED** that the Report and Recommendation of Magistrate Judge Esther Salas at docket entry 13 is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that Plaintiff's motion to transfer venue to the Southern District of New York is granted; and it is further

**ORDERED** that 99 Hook's Motion for remand is transferred to the Southern District of New York.

PETER G. SHERIDAN, U.S.D.J.